IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LOCAL UNION #553, IBEW, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>POWERTEC, INC., )<br>)<br>*Defendant*. )<br>)<br>_____ ) | Civil Action No. 5:24-cv-99-FL |

## ENTRY OF DEFAULT

Pending before the Court is Plaintiff's Motion for Entry of Default. On February 20, 2024, Plaintiff filed its Complaint. On February 22, 2024, the Court issued summons as to Defendant. As shown in the affidavit submitted with Plaintiff's Motion, copies of the Summons and Complaint were properly served on Defendant's registered agent on February 27, 2024. To date, Defendant has not filed a response to Plaintiff's Complaint.

Plaintiff has satisfied the obligations under Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1(a). "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

Accordingly, Plaintiff's Motion for Entry of Default is hereby GRANTED and Defendant's default is hereby ENTERED.

This the 18th day of July, 2024.

_____
Clerk of Court