UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LOCAL UNION #553, IBEW ) | | |
|         Plaintiff, ) | | |
| ) | | |
| ) | **DEFAULT JUDGMENT** | |
| v. ) | | |
| ) | No. 5:24-CV-99-FL | |
| POWERTEC, INC. ) | | |
|         Defendant. ) | | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiff's motion for default judgment as to PowerTec, Inc.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 2, 2024, for the reasons set forth more specifically therein, that judgment is entered in favor of plaintiff against defendant PowerTec, Inc. Plaintiff shall recover from Defendant $183,199.70 to the Board 63 Collection Account Trust, plus post-judgment interest at the rate set by 28 U.S.C. § 1961. In addition, Plaintiff shall recover $405.00 in costs for its filing fee.

**This Judgment Filed and Entered on October 2, 2024, and Copies To:**
Trisha Pande / Narendra K. Ghosh (via CM/ECF Notice of Electronic Filing)

October 2, 2024                    PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk